Form:ntc7clwd

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 18−51526−tjt
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   Sharon Turner
   8335 Normile
   Detroit, MI 48204

Social Security No.:
   xxx−xx−7878

Employer's Tax I.D. No.:

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor(s) did not file Official Form 423, Certification About a Financial Management Course.

Dated: 1/24/19

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court